No. 03–9651. PATTERSON v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 03–9655. DENNIS v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9740. WEBB v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–9750. WHITE v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–9762. GRIFFIN v. MOORE, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 03–9802. SAMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9805. WILLIAMS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–9811. BEARD v. BUSH, GOVERNOR OF FLORIDA, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–9817. POZO v. ESSER ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–9821. SCHLINGHEYDE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03–9838. ANDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9874. MCKENZIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9879. MAXWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9880. JOHNSTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.